**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Roger Kennedy, et. al., | ) | |
| | ) | Case No. 1:05-cv-084 |
| Defendants. | ) | |

_____

The court shall conduct a conference in the above-entitled action on June 2, 2006, at 9:00 a.m. CDT. The conference shall be conducted by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 24th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge